STATE BOARD OF MEDICAL EXAMINERS, APPELLANT, v. ELIZABETH DUSSINGER, RESPONDENT.

Submitted May 27, 1932—Decided October 17, 1932.

For the appellant, *William A. Stevens.*

For the respondent, *Robert Silberman.*

Per Curiam.

The judgment under review herein should be affirmed, for the reasons expressed in the *per curiam* opinion filed in the Supreme Court.

*For affirmance*—Trenchard, Lloyd, Case, Donges, Brogan, Van Buskirk, Kays, Dear, Wells, Kerney, JJ. 10.

*For reversal*—None.